**STATE of Missouri, Plaintiff/Respondent,**

v.

**Rodney C. BROWN, Defendant/Appellant.**

**No. ED 73374.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 22, 1998.

Rosalynn Koch, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael P. Barry, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, J.J.

*ORDER*

PER CURIAM.

Rodney C. Brown appeals his conviction by jury of first degree robbery, Section 569.020 RSMo 1994. He was sentenced to ten years in the custody of the Missouri Department of Corrections.

We have read the briefs and reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment affirmed in accordance with Rule 30.25(b).